**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Ronald L. Fox,

                        Plaintiff,        Case No. 14-11560

v.                                 Judith E. Levy
                                    United States District Judge

Bay City, *et al.*,

                        Defendants.

_____/

**OPINION AND ORDER DENYING PLAINTIFF'S**
**<u>MOTION [56]</u>**

Before the Court is pro se Plaintiff Ronald L. Fox's "motion to appeal." (ECF No. 56.) As with his previous filings, it is not clear to the Court what relief Plaintiff seeks.

To the extent Plaintiff seeks reconsideration of the September 16, 2014 order dismissing this case (ECF No. 18), the motion is denied for the reasons set forth in previous orders. (*See* ECF Nos. 18, 19, 41.) If Plaintiff is requesting to extend or reopen the time to appeal the dismissal of this case, Plaintiff's motion is denied for the reasons set forth in previous orders. (*See* ECF No. 53.)

The Court DENIES Plaintiff's motion. (ECF No. 56.) This case remains closed.

IT IS SO ORDERED.

Dated: July 1, 2026          s/Judith E. Levy
    Ann Arbor, Michigan          JUDITH E. LEVY
                              United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 1, 2026.

s/Richard Thieme
RICHARD THIEME
Case Manager

2